David Chavez
P.O. Box 7
Farmersville, California, 93223
559 347-4135



FILED
JUL 05 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID CHAVEZ, pro se,

    Plaintiff,

vs,

PREMIER BANKCARD, L.L.C.,

    Defendant.

_____/

No. 1:11CV 01101 LJO GSA

**COMPLAINT**

**PRELIMINARY STATEMENT**

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

**JURISDICTION**

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

**FACTUAL ALLEGATIONS**

2. On October 13, 2009, Defendant initiated a soft pull of Plaintiff's credit report from Experian without permissible purpose.

COMPLAINT page __1__

...

## COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## WILLFUL NON-COMPLIANCE BY DEFENDANT PREMIER BANKCARD, L.L.C.

3. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

4. PREMIER BANKCARD, L.L.C. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

5. PREMIER BANKCARD, L.L.C. willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) PREMIER BANKCARD, L.L.C. willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against PREMIER BANKCARD, L.L.C. for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## NEGLIGENT NON-COMPLIANCE BY DEFENDANT PREMIER BANKCARD, L.L.C.

6. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

7. PREMIER BANKCARD, L.L.C. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

8. PREMIER BANKCARD, L.L.C. negligently violated the FCRA. Defendant's violations

include, but are not limited to, the following:

(a) PREMIER BANKCARD, L.L.C. negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against PREMIER BANKCARD, L.L.C. for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

**WHEREFORE,** Plaintiff demands judgment for damages against PREMIER BANKCARD, L.L.C. and $2,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a)

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 5th day of July, 2011

_____

David Chavez
P.O. Box 7
Farmersville, California 93223
559 347-4135