IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAVEZ, | 1:11 cv 1101 LJO GSA |
| Plaintiff, | ORDER DENYING IFP APPLICATION WITHOUT PREJUDICE AND TO SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS |
| PREMIER BANKCARD, L.L.C, | OR PAY FILING FEE WITHIN 30 DAYS |
| Defendant. | (Doc. 3) |

Plaintiff is proceeding pro se in this civil action. On July 5, 2011, Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, however, he did not submit a completed form. Specifically, Plaintiff did not provide information regarding the amount of money that he has in cash, or in a checking or savings account. Moreover, Plaintiff indicates that his wife is employed but he did not provide information regarding what her income is. Therefore, Plaintiff's application is DENIED WITHOUT PREJUDICE.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall complete and submit the attached application to proceed in forma pauperis, fully completed and signed, or in the alternative, pay the $350.00 filing fee for this action.

1  **No requests for extension will be granted without a showing of good cause**.  **Failure to
2  comply with this order will result in a recommendation that this action be dismissed.**
3      IT IS SO ORDERED.
4      Dated:   **July 11, 2011**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE