David Chavez
P.O. Box 7
Farmersville, California, 93223
559 347-4135

FILED
OCT 14 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID CHAVEZ, pro se,

    Plaintiff,

vs,

PREMIER BANKCARD, L.L.C.,

    Defendant.

No. 1:11 cv 01101 LJO GSA

**AMENDED COMPLAINT**

**PRELIMINARY STATEMENT**

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

**JURISDICTION**

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

COMPLAINT page 1

# FACTUAL ALLEGATIONS

3. On April 21, 2011 Plaintiff reviewed his credit report online when it was discovered that the Defendant had initiated a soft pull of Plaintiff's credit report from Experian without permissible purpose as described in 15 U.S.C 1681b on October 13, 2009.

4. Plaintiff was not subject to any court order, nor did Plaintiff give any written permission and/or instructions, nor did Plaintiff did not receive any offers of credit nor has had an account with the Defendant as defined and provided by Title 15, Chapter 41, Subchapter VI § 1693a (2), which states, *"the term "account" means a demand deposit, savings deposit, or other asset account (other than an occasional or incidental credit balance in an open end credit plan as defined in section 1602 (i) of this title,), as described in regulations of the Board, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bona fide trust agreement;"*

# COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## WILLFUL NON-COMPLIANCE BY DEFENDANT PREMIER BANKCARD, L.L.C.

5. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

6. PREMIER BANKCARD, L.L.C. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

7. PREMIER BANKCARD, L.L.C. willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) PREMIER BANKCARD, L.L.C. willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against PREMIER BANKCARD, L.L.C. for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 NEGLIGENT NON-COMPLIANCE BY DEFENDANT PREMIER BANKCARD, L.L.C.

8. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

9. PREMIER BANKCARD, L.L.C. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

10. PREMIER BANKCARD, L.L.C. negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) PREMIER BANKCARD, L.L.C. negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against PREMIER BANKCARD, L.L.C. for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

**WHEREFORE,** Plaintiff demands judgment for damages against PREMIER BANKCARD, L.L.C. and $2,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a)

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 14th day of October, 2011

David Chavez
P.O. Box 7
Farmersville, California 93223
559 347-4135

COMPLAINT page 4